UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

James Clavijo, Individually and on Behalf of All
Others Similarly Situated

**Plaintiff(s),**

v.

Galena Biopharma, Inc., Mark J. Ahn, Ryan M.
Dunlap and Mark W. Schwartz

**Defendant(s).**

Civil Case No. 3:14-cv-00410-HU

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney __Michael J. Biles__ requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: __Biles__  __Michael__  __J.__  _____
   (Last Name)   (First Name)   (MI)   (Suffix)

Firm or Business Affiliation: __King & Spalding LLP__

Mailing Address: __401 Congress Avenue, Suite 3200__

City: __Austin__   State: __TX__   Zip: __78701__

Phone Number: __512.457.2051__   Fax Number: __512.457.2100__

Business E-mail Address: __mbiles@kslaw.com__

(2) **BAR ADMISSIONS INFORMATION:**

    (a)     State bar admission(s), date(s) of admission, and bar ID number(s):
Texas Bar No. 24008578, admitted 1998
California Bar No. 186600, admitted 1996

    (b)     Other federal court admission(s), date(s) of admission, and bar ID number(s):
U.S. District Courts for the Northern, Southern, Eastern and Western Districts of Texas (1999);
U.S. Court of Appeals for the Third Circuit (2003);
U.S. Court of Appeals for the Fifth Circuit (1999)

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)     ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)     ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Galena Biopharma, Inc.
Mark J. Ahn
Ryan M. Dunlap
Mark W. Schwartz

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this __31st__ day of __March__, __2014__

_____
(Signature of Pro Hac Counsel)

Michael J. Biles
(Typed Name)

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this __2nd__ day of __April__ [~~March~~], __2014__

_____
(Signature of Local Counsel)

Name: __Rosenbaum, Lois O.__
(Last Name)   (First Name)   (MI)   (Suffix)

Oregon State Bar Number: __773250__

Firm or Business Affiliation: __Stoel Rives LLP__

Mailing Address: __900 SW Fifth Avenue, Ste. 2600__

City: __Portland__   State: __OR__   Zip: __97204__

Phone Number: __503.294.9293__   Business E-mail Address: __lorosenbaum@stoel.com__

---

## COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge