UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

James Clavijo, Individually and on Behalf of All Others Similarly Situated

**Plaintiff(s),**

v.

Galena Biopharma, Inc., Mark J. Ahn, Ryan M. Dunlap and Mark W. Schwartz

**Defendant(s).**

Civil Case No. 3:14-cv-00410-HU

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney Paul R. Bessette requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Bessette, Paul, R.
(Last Name) (First Name) (MI) (Suffix)

Firm or Business Affiliation: King & Spalding LLP

Mailing Address: 401 Congress Avenue, Suite 3200

City: Austin   State: TX   Zip: 78701

Phone Number: 512.457.2050   Fax Number: 512.457.2100

Business E-mail Address: pbessette@kslaw.com

(2) **BAR ADMISSIONS INFORMATION:**

(a) State bar admission(s), date(s) of admission, and bar ID number(s):

| | | |
|---|---|---|
| Texas | 11/10/1988 | 02263050 |
| California | 06/06/1989 | 139675 |
| New York | 10/22/2008 | Reg. # 4637609 |

(b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
Please see attached

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

(a) ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

(b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Galena Biopharma, Inc.

Mark J. Ahn

Ryan M. Dunlap

Mark W. Schwartz

**(6)   CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this __31__ day of __March__, __2014__

_____
*(Signature of Pro Hac Counsel)*

Paul R. Bessette
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this __2nd__ day of __April__ [March struck through], __2014__

_____
*(Signature of Local Counsel)*

Name: Rosenbaum, Lois O.
 *(Last Name)*        *(First Name)*        *(MI)*        *(Suffix)*

Oregon State Bar Number: 773250

Firm or Business Affiliation: Stoel Rives LLP

Mailing Address: 900 SW Fifth Avenue, Ste. 2600

City: Portland    State: OR    Zip: 97204

Phone Number: 503.294.9293    Business E-mail Address: lorosenbaum@stoel.com

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge

Continuation of Paul R. Bessette

**COURT ADMISSIONS**

| U.S. Supreme Court | 07/20/2001 |
|---|---|
| U.S. Court of Appeals<br><br>    3rd Circuit<br>    5th Circuit<br>    9th Circuit<br>    11th Circuit | <br><br>10/09/2003<br>12/23/1999<br>09/13/1989<br>08/08/2012 |
| U.S. District Courts<br><br>    Northern District of Texas<br>    Southern District Texas<br>    Eastern District of Texas<br>    Western District of Texas<br><br>    Central District California<br>    Southern District of California<br>    Northern District of California<br>    Eastern District of California<br><br>    Southern District of New York<br>        (Bar No. PB2550)<br><br>    Eastern District of New York<br>        (Bar No. PB5462) | <br><br>05/01/1997<br>12/28/1995<br>12/18/1989<br>11/14/2000<br><br>08/08/1991<br>12/28/1995<br>12/07/1988<br>12/18/1989<br><br>01/14/10 (court certificate shows 1/2/10, but cert of good standing shows 1/14/10)<br><br>06/17/10 |